CHARLA R. DUKE, ESQ. SBN# 095518
LAW OFFICES OF CHARLA R. DUKE
360 Grand Ave. Suite 150
Oakland, California  94610
Telephone (510) 839-5453
Fax (510) 839-0343
Attorney for Plaintiff
MONROE QUINN

CHAPMAN & INTRIERI, LLP
ATTORNEYS AT LAW
Daniel M. O'Connell (SBN 197332)
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California  94501-1090
Telephone: (510) 864-3600
Fax (510) 864-3601

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE QUINN<br><br>                    Plaintiff,<br><br>     vs.<br><br>HARTZHEIM DODGE HAYWARD<br><br>25601 Mission Boulevard,<br><br>HAYWARD, CA  94544<br><br>                    Defendant. | Case No.:  C 5-01976 EMC<br><br>**STIPULATION CONTINUE THE CASE MANAGEMENT CONFERENCE ; ORDER**<br><br>Time:   2:30 p.m.<br>Ctrm:   C, 15th Floor<br>Judge:   The Honorable Edward M. Chen |

The parties to the above action, Plaintiff MONROE QUINN, through his undersigned counsel of record, and defendant **HARTZHEIM DODGE HAYWARD** through its undersigned counsel of record, hereby stipulate and agree to continue the Case Management Conference presently scheduled for January 18, 2006 until February 15, 2006 at ~~2.00 P.M~~ 1:30 P.M. Good Cause exist for the continuation of the Case Management Conference as the parties have tentatively reached a

-1-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1 settlement and are in the process of noticing the court of that settlement.  The parties therefore
2 request an Order of this Court continuing the Case Management Conference to February 15, 2006
3 at ~~2:00 P.M.~~    1:30 P.M.

1  SO STIPULATED:

3  Dated: January 13, 2006                    CHARLA R. DUKE LAW OFFICES

6                                             By _____/s/_____
                                                  Charla R. Duke
                                                  Attorneys for Plaintiff
                                                  MONROE QUINN

9  Dated: January 13, 2006
                                               CHAPMAN & INTRIERI, LLP

12                                            By _____/s/_____
                                                  Daniel M. O'Connell
                                                  Attorneys for Defendant
                                                  HARTZHEIM DODGE HAYWARD

IT IS SO ORDERED AS MODIFIED:

_____
Edward M. Chen, United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

-3-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**