| | |
|---|---|
| 1 | |
| 2 | CHARLA R. DUKE, ESQ. SBN# 095518<br>LAW OFFICES OF CHARLA R. DUKE |
| 3 | 360 Grand Ave. Suite 150<br>Oakland, California  94610 |
| 4 | Telephone (510) 839-5453<br>Fax (510) 839-0343 |
| 5 | Attorney for Plaintiff<br>MONROE QUINN |
| 6 | |
| 7 | CHAPMAN & INTRIERI, LLP |
| 8 | ATTORNEYS AT LAW<br>Daniel M. O'Connell (SBN 197332) |
| 9 | 2236 Mariner Square Drive<br>Third Floor, Suite 300 |
| 10 | Alameda, California  94501-1090<br>Telephone: (510) 864-3600 |
| 11 | Fax (510) 864-3601 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MONROE QUINN | Case No.:  C 5-01976 EMC |
|---|---|
| Plaintiff, | |
| vs. | |
| HARTZHEIM DODGE HAYWARD | **STIPULATION  DISMISSAL RULE 41**<br>**DISMISSAL WITH PREJUDICE; ORDER** |
| 25601 Mission Boulevard, | Ctrm:   C, 15th Floor |
| HAYWARD, CA  94544 | Judge:   The Honorable Edward M. Chen |
| Defendant. | |

The parties to the above action, Plaintiff MONROE QUINN, through his undersigned counsel of record, and defendant **HARTZHEIM DODGE HAYWARD** through its undersigned counsel of record, hereby stipulate to **DISMISS**, with prejudice, the entire, above- referenced action.

-1-

**STIPULATION TO DISMISS**

SO STIPULATED:

Dated: January 27, 2006                     CHARLA R. DUKE LAW OFFICES


By _____/s/_____
   Charla R. Duke
   Attorneys for Plaintiff
   MONROE QUINN


Dated: January 27, 2006

CHAPMAN & INTRIERI, LLP


By _____/s/_____
   Daniel M. O'Connell
   Attorneys for Defendant
   HARTZHEIM DODGE HAYWARD


IT IS SO ORDERED

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2006

**STIPULATION TO DISMISS**